HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS FROM: _____ TO: _____

RECESS (if more than ½ hr) FROM: _____ TO: _____

CIVIL NO. _____

vs

_____ Plaintiff's Counsel

_____ Defendant's Counsel

## **COURTROOM MINUTES- CIVIL**

☐ Motion hearing     ☐ Show Cause Hearing

☐ Evidentiary Hearing     ☐ Judgment Debtor Exam

☐ Miscellaneous Hearing     Pre trial conference

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .....#_____Motion_____ ☐ granted ☐ denied ☐ advisement

☐ ..... Oral Motion_____ ☐ granted ☐ denied ☐ advisement

☐ ..... Oral Motion_____ ☐ granted ☐ denied ☐ advisement

☐ ..... Oral Motion_____ ☐ granted ☐ denied ☐ advisement

☐ .... Oral Motion_____ ☐ granted ☐ denied ☐ advisement

☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____ ☐ filed ☐ docketed

☐ ............ _____Hearing continued until _____ at _____